IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC,** *et al.*, | § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:12-CV-252-MHS |
| v. | § § | JURY TRIAL DEMANDED |
| **MEDIATEK INC.,** | § § | (LEAD CASE) |
| *Defendant*. | § § | |
| **AZURE NETWORKS, LLC,** *et al.*, | § § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:12-CV-747-MHS |
| v. | § § § | JURY TRIAL DEMANDED |
| **LG ELECTRONICS MOBILECOMM U.S.A, INC.,** *et al.*, | § § § | (CONSOLIDATED CASE) |
| *Defendants*. | | |

## ORDER

The Joint Motion filed by Plaintiffs Azure Networks, LLC and Tri-County Excelsior Foundation and Defendants LG Electronics MobileComm U.S.A, Inc., LG Electronics U.S.A., Inc., and LG Electronics Inc. ("LG") to Dismiss Claims and Counterclaims Without Prejudice under Fed. R. Civ. P. 41(a)(2) and (c) shall be, and hereby is, GRANTED. All claims and counterclaims asserted by and between Plaintiffs and LG in this action are hereby DISMISSED WITHOUT PREJUDICE.

Plaintiffs and LG will each bear their own costs, expenses and legal fees.

It is SO ORDERED.

SIGNED this 29th day of May, 2013.

*Michael Schneider* (signature)